**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **HASAAN HATCHER,** | : | | |
| **Plaintiff,** | : | | |
| | : | **CIVIL ACTION** | |
| **v.** | : | | |
| | : | **NO. 14-1022** | |
| **NANCY GIROUX, et al.,** | : | | |
| **Defendant.** | : | | |

## ORDER

**AND NOW**, this 29th day of May 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, all memoranda and exhibits in support of habeas corpus, the Respondents' response thereto, and the entire record in this case, and upon review of the Report and Recommendation ("R&R") of United States Magistrate Linda K. Caracappa [Doc. No. 14], which recommends denying the Petition, and having reviewed *de novo* the grounds on which Petitioner objected, and for the reasons set forth in the thorough and well-reasoned R&R and the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The R&R is **APPROVED** and **ADOPTED** for the reasons stated therein;

3. The Petition for Writ of Habeas Corpus by a Person in State Custody is **DENIED** without an evidentiary hearing;

4. Petitioner's Motion Requiring State to Furnish Missing Materials [Doc. No. 18] is **DISMISSED**; and

5. A Certificate of Appealability **SHALL NOT ISSUE**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**


**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**